UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC Z. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No. 2:21-cv-0749 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On May 5, 2021, plaintiff was granted 30 days within which to file a complaint and an application to proceed in forma pauperis. Plaintiff was warned that failure to file a complaint and application to proceed in forma pauperis within 30 days would result in a recommendation that this action be dismissed. Plaintiff has not responded to the May 5, 2021 order.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

1 | Recommendations." Plaintiff is advised that failure to file objections within the specified time
2 | waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
3 | 1991).
4 | Dated: June 14, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ande0749.dis